IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MCILWAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 13-0168-CG-M |
| ) | |
| MARENGO COUNTY, RICHARD E. ) | |
| "BEN" BATES, in his individual ) | |
| capacity, CHOCTAW COUNTY and ) | |
| TOM ABATE, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the order on motions to dismiss and motion for summary judgment entered on September 26, 2013, it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of defendant, Richard E. Bates, and against plaintiff, John McIlwain. Accordingly, all of plaintiff's claims against Richard E. Bates are hereby **DISMISSED with prejudice**.

It is further **ORDERED** that plaintiff's claims against defendants Choctaw County, Marengo County and Tom Abate are **DISMISSED** with prejudice.

**DONE and ORDERED** this 27th day of September, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE